**Brett M. MAGEE, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 53588.**

Missouri Court of Appeals,
Western District.

Oct. 28, 1997.

Rosemary E. Percival, Asst. Appellate Defender, Kansas City for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Breck K. Burgess, Asst. Atty. Gen., Jefferson City, for respondent.

Before SMART, P.J., and LOWENSTEIN and LAURA DENVIR STITH, JJ.

### *ORDER*

PER CURIAM:

Brett M. Magee appeals the motion court's denial of his Rule 29.15 motion for post-conviction relief following an evidentiary hearing. We find that Mr. Magee failed to preserve his claims of errors regarding his resentencing and that his motion was untimely filed. Therefore, we affirm the motion court's ruling. Because a published opinion would have no precedential value, we affirm by this summary order and have furnished the parties with a memorandum setting forth our reasoning.

Judgment affirmed. Rule 84.16(b).

**STATE of Missouri, Respondent,**

v.

**Raymond YOUNG, Appellant.**

**No. WD 53843.**

Missouri Court of Appeals,
Western District.

Oct. 28, 1997.

Susan L. Hogan, Appellate Defender, Kansas City, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Cheryl A. Caponegro, Asst. Atty. Gen., Jefferson City, for respondent.

Before EDWIN H. SMITH, P.J., ULRICH, C.J., and ELLIS, J.

### ORDER

PER CURIAM.

Raymond Young appeals from the circuit court's judgment of conviction and sentence of twenty years imprisonment for possession of a controlled substance, § 195.202.

Judgment affirmed. Rule 30.25(b).